# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00787-CV

**Humberto Olvera and Amy Olvera, Appellants**

**v.**

**State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT NO. D-1-GV-08-001143, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On January 14, 2009, this Court notified appellants that the clerk's record in the above cause was overdue. This Court requested that appellants make arrangements for the record and submit a status report regarding this appeal on or before January 26, 2009. This Court further informed appellants that failure to do so may result in the dismissal of this appeal for want of prosecution. The deadline has passed, and we have received no response from appellants. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Bob Pemberton, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed for Want of Prosecution

Filed:   March 20, 2009